UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN WIITANEN, individually
and on behalf of other persons
similarly situated,

                Plaintiff,

   v.

MIDLAND FUNDING LLC;
MIDLAND CREDIT
MANAGEMENT, INC.;
ENCORE CAPITAL GROUP, INC.;
and WELTMAN, WEINBERG &
REIS CO., L.P.A.,

Defendants.

                Defendants.
_____/

Case No.  1:17-cv-00534-GJQ-PJG

HON. GORDON J. QUIST

**JOINT NOTICE OF DISMISSAL**

**NOW COME** Plaintiff Karen Wiitanen and Defendants Midland Funding LLC, Midland Credit Management, Inc., Encore Capital Group, Inc. (collectively "Encore") and Weltman, Weinberg & Reis Co., L.P.A., by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), stipulate and agree to dismiss Plaintiff's claims against Defendants with prejudice, but that the claims of the putative class members are dismissed without prejudice.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner (P59915)
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal
*Counsel for Plaintiff*

/s/ Theodore W. Seitz (with consent)
Theodore W. Seitz (P60302)
Dykema Gossett PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
(517) 374-9100 (TEL)
TSeitz@dykema.com
*Counsel for Encore*

2

                                                                           */s/* Jeffrey S. Hengeveld (with consent)
                                                                           Jeffrey S. Hengeveld (P66029)
Plunkett Cooney
Attorneys for Defendant Weltman, Weinberg & Reis Co., LPA
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
(248) 594-8202 (TEL)
jhengeveld@plunkettcooney.com
Weltman, Weinberg & Reis Co., L.P.A.,

2